```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 16227
   ANN MARIE KING
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4286

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 06/24/2008 and was not confirmed.

     The case was dismissed without confirmation 09/11/2008.
----------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
----------------------------------------------------------------------
WELLS FARGO BANK        CURRENT MORTG         .00           .00          .00
WELLS FARGO BANK        MORTGAGE ARRE    10000.00           .00          .00
OPTION ONE MORTGAGE     NOTICE ONLY      NOT FILED          .00          .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED          .00          .00
AMERICASH LOANS LLC     UNSECURED        NOT FILED          .00          .00
AT&T                    UNSECURED        NOT FILED          .00          .00
CENTRIX FINANCIAL       UNSECURED        NOT FILED          .00          .00
CHECK PLUS SYSTEMS LP   UNSECURED        NOT FILED          .00          .00
HSN                     UNSECURED        NOT FILED          .00          .00
NUVELL CREDIT CO LLC    UNSECURED        NOT FILED          .00          .00
UNIVERSITY OF IL HOSPITA UNSECURED       NOT FILED          .00          .00
WASHINGTON MUTUAL       UNSECURED        NOT FILED          .00          .00
PETER FRANCIS GERACI    DEBTOR ATTY           .00                        .00
TOM VAUGHN              TRUSTEE                                          .00
DEBTOR REFUND           REFUND                                           .00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       ---------------    ---------------
TOTALS                      .00                    .00



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 16227 ANN MARIE KING
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                              PAGE   2
     CASE NO. 08 B 16227 ANN MARIE KING